## JACOB O. COHEN v. THE STATE.

Evidence that the defendant played at a game of Pin Pool, which required the Pool played for to be made by the different persons playing for it, by putting up a certain amount of money, and that he was playing when the Pool was up, is sufficient to sustain a conviction for betting money at a certain gaming table, commonly known as, and called a Pool Table, without further evidence that he actually put up money.

Appeal from Anderson.    Tried below before the Hon. John H. Reagan. .

*Attorney General*, for appellee.

LIPSCOMB, J.    The defendant, who is the appellant · in this Court, was indicted for playing at a game called Pin Poole, and convicted.    Judgment was rendered against him, from which he appealed.

The only ground that seems to be presented is, whether the proof supported the verdict of the jury.    There can be no doubt that it does.    It was in proof, that he played at a game that required the Pool played for to be made by the different persons playing for it by putting up a certain amount of money.    It was not in proof that he actually put up money, but it was in proof that he was playing, when the Pool was up.    This is proof enough, from which the legitimate conclusion would follow, that he put up his money.    The judgment is affirmed.

                              Judgment affirmed.